IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

**MASTER CONSOLIDATED COMPLAINT**
(ASBESTOS PERSONAL INJURY, LOSS OF CONSORTIUM)
(TRIAL BY JURY DEMANDED)

| | | |
|---|---|---|
| Terry J Cook | ) | CASE NO. |
| Mary Cook | ) | |
| Client ID: 9122 | ) | |
| 4496 county Road 45 | ) | JUDGE |
| Steubenville, OH  43952- | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Gary W Fisher | ) | CASE NO. |
| Darlene Fisher | ) | |
| Client ID: 8284 | ) | |
| 117 Andrews Dr. | ) | JUDGE |
| Wintersville, OH  43953- | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Donald R Giffin | ) | CASE NO. |
| Susan  Giffin | ) | |
| Client ID: 3775 | ) | |
| 14008 Twp Rd. 166 | ) | JUDGE |
| Bloomingdale, OH  43910 | ) | |

1

```
                                            )
                                            )
and                                         )
                                            )
Robert C Kirkpatrick                        )        CASE NO.
Shirley Kirkpatrick                         )
Client ID: 7833                             )
82 Mary Ave.                                )        JUDGE
Bloomingdale, OH  43910-                     )
                                            )
                                            )
and                                         )
                                            )


Anthony  Carpini                            )        CASE NO.
Helen Carpini                               )
Client ID: 8012                             )
132 Crist Lane                              )        JUDGE
Weirton, WV  26062                          )
                                            )
                                            )
and                                         )
                                            )
Arthur  Chappell                            )        CASE NO.
Emma Chappell                               )
Client ID: 5669                             )
565 North 10th St.                          )        JUDGE
Weirton, WV  26062                          )
                                            )
                                            )
```

2

and                                    )
                                       )
Stephen D Cool                         )        CASE NO.
Sandra Cool                            )
Client ID: 9131                        )
RD #2 Box 70                           )        JUDGE
New Cumberland, WV  26047-             )
                                       )
                                       )
and                                    )
                                       )
Willis R Curenton                      )        CASE NO.
Ann Curenton                           )
Client ID: 9542                        )
128 Wares Dr.                          )        JUDGE
Weirton, WV                            )
                                       )
                                       )
and                                    )
                                       )
Eddy M Ensminger                       )        CASE NO.
Vicki Ensminger                        )
Client ID: 4667                        )
100 Chips Lane                         )        JUDGE
Follansbee, WV  26037-                 )
                                       )
                                       )
and                                    )
                                       )
Marvin J Everly                        )        CASE NO.

# 3

Judee Everly                         )
Client ID: 4030                      )
RR #1 Box 316                        )          JUDGE
New Cumberland, WV  26047-           )
                                     )
                                     )
and                                  )
                                     )
                                     )
John J Givens                        )          CASE NO.
Karen Givens                         )
Client ID: 4977                      )
PO Box 757                           )          JUDGE
New Cumberland, WV  26047            )
                                     )
                                     )
and                                  )
                                     )
Robert A Gordon                      )          CASE NO.
MaryAnn Gordon                       )
Client ID: 1377                      )
105 Highland Ave. Box 96             )          JUDGE
Avella, PA  15312                    )
                                     )
                                     )
and                                  )
                                     )
Norman G Haddox                      )          CASE NO.
Darlene Haddox                       )
Client ID: 6878                      )
RD #3 Box 323                        )          JUDGE



New Cumberland, WV  26047-          )
                                     )
                                     )
and                                  )
                                     )
Gary L Hall                          )          CASE NO.
Client ID: 6947                      )
1053 Walker Rd.                      )          JUDGE
Follansbee, WV  26037-               )
                                     )
                                     )
and                                  )
                                     )

Robert L Harbin                      )          CASE NO.
Client ID: 8021                      )
105 Apt 6 May Rd                     )          JUDGE
Follansbee, WV  26037-               )
                                     )
                                     )
and                                  )
                                     )
Eric P Haught                        )          CASE NO.
Client ID: 6776                      )
PO Box 151                           )          JUDGE
Follansbee, WV  26037-               )
                                     )
                                     )
and                                  )
                                     )
William L Higginbotham               )          CASE NO.

5

Pamela Higginbotham )
Client ID: 7131 )
805 Donegal Dr W )    JUDGE
Follansbee, WV  26037- )
)
)
and )
)
Floyd S Howell )    CASE NO.
Client ID: 6378 )
RD #1 Box 201 )    JUDGE
Weirton, WV  26062- )
)
)
and )
)
Charles M Jeffers )    CASE NO.
Mary Jeffers )
Client ID: 9884 )
112 Shady Ave. )    JUDGE
Weirton, WV  26062- )
)
)
and )
)
John P Kallos )    CASE NO.
Client ID: 8460 )
301 Grimm Way )    JUDGE
Weirton, WV  26062- )
)
)



and                                    )
                                       )
Darrell W Keenan                       )     CASE NO.
Bella Keenan                           )
Client ID: 9632                        )
RR#1 Box 139                           )     JUDGE
Colliers, WV  26035-                   )
                                       )
                                       )
and                                    )
                                       )
Gary D Kirkpatrick                     )     CASE NO.
Client ID: 3471                        )
2215 B Penn Ave.                       )     JUDGE
Weirton, WV  26062-                    )
                                       )
                                       )
and                                    )
                                       )
Michael W Labanna                      )     CASE NO.
Kimberly Labanna                       )
Client ID: 0665                        )
108 Frostview Dr.                      )     JUDGE
Wintersville, OH  43953-               )
                                       )
                                       )
and                                    )
                                       )
Ernest A Lastoria                      )     CASE NO.
Client ID: 2322                        )
PO Box 2101                            )     JUDGE

7

Weirton, WV  26062-                    )
                                       )
                                       )
and                                    )
                                       )
Donald O MacLachlan                    )          CASE NO.
Pat MacLachlan                         )
Client ID: 2350                        )
3902 Palisades Dr.                     )          JUDGE
Weirton, WV  26062-                    )
                                       )
                                       )
and                                    )
                                       )
Lee C McBurney                         )          CASE NO.
Nancy McBurney                         )
Client ID: 7732                        )
3601 Brightway                         )          JUDGE
Weirton, WV  26062-                    )
                                       )
                                       )
and                                    )
                                       )
David L McFerren                       )          CASE NO.
Donna McFerren                         )
Client ID: 9917                        )
101 Opal Blvd.                         )          JUDGE
Steubenville, OH  43952-               )
                                       )
                                       )
and                                    )



Larry G Merritt )  CASE NO.
Patricia  Merritt )
Client ID: 4023 )
1304 Hukill St. )  JUDGE
Brilliant, OH  43913 )
)
)
and )
)
James K Miller )  CASE NO.
Client ID: 8041 )
3075 Crestline Dr. )  JUDGE
Steubenville, OH  43952- )
)
)
and )
)
Louis L Muscaro )  CASE NO.
Julia Muscaro )
Client ID: 4567 )
146 Scenic Rd. )  JUDGE
Weirton, WV  26062- )
)
)
and )
)
Thomas J Nagy )  CASE NO.
Nancy Nagy )
Client ID: 0669 )

# 9

162 Highland Hills Dr. ) JUDGE
Follansbee, WV  26037- )
 )
 )
and )
 )
Gary L Nardo ) CASE NO.
Gail Nardo )
Client ID: 3876 )
707 Second Ave ) JUDGE
New Cumberland, WV  26047- )
 )
and )
 )
Clair W Neeley ) CASE NO.
Cyrena Neeley )
Client ID: 7404 )
PO Box 283 ) JUDGE
Princeton, ME  04668 )
 )
and )
 )
Joseph James Nicholson ) CASE NO.
Client ID: 2259 )
221 Genteel Ridge Rd ) JUDGE
Wellsburg, WV  26070-2009 )
 )
 )
and )

# 10

|  |  |  |
|---|---|---|
| | ) | |
| James H Orwick | ) | CASE NO. |
| Denise Orwick | ) | |
| Client ID: 9382 | ) | |
| 1049 Spenna Ave. | ) | JUDGE |
| weirton, WV  26062- | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| | | |
| Wayne J Peckens | ) | CASE NO. |
| Client ID: 4959 | ) | |
| 86 Dusty Lane | ) | JUDGE |
| Strubenville, OH  43952- | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Wayne A Peckens | ) | CASE NO. |
| Marlyn Peckens | ) | |
| Client ID: 6997 | ) | |
| 1314 Linden Ave. | ) | JUDGE |
| Toronto, OH  43964- | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| James M Petrovich | ) | CASE NO. |
| Treva Petrovich | ) | |

# 11

Client ID: 6475                                    )
124 Beverly Ave.                                   )        JUDGE
Weirton, WV  26062                                 )
                                                   )
                                                   )
and                                                )
                                                   )
Larry A Petry                                      )        CASE NO.
Client ID: 7187                                    )
204 Jewett Rd                                      )        JUDGE
Steubenville, OH  43952-                           )
                                                   )
and                                                )
                                                   )
Homer L Phillips                                   )        CASE NO.
MiLene Phillips                                     )
Client ID: 9757                                    )
196 Twp Hwy 156                                    )        JUDGE
Rayland, OH  43943                                 )
                                                   )
                                                   )
and                                                )
                                                   )


Gene A Pilling                                     )        CASE NO.
Tazyu Pilling                                      )
Client ID: 5449                                    )
RD 4 Box 153                                       )        JUDGE

# 12

New Cumberland, WV  26047-              )
                                        )
                                        )
and                                     )
                                        )
William J Polen                         )        CASE NO.
Alonna Polen                            )
Client ID: 7415                         )
239 Lisbon St.                          )        JUDGE
Richmond, OH  43944                     )
                                        )
                                        )
and                                     )
                                        )
Joseph F Porter                         )        CASE NO.
Victoria Porter                         )
Client ID: 0104                         )
113 West Blvd                           )        JUDGE
Mingo Jct, OH  43938-                   )
                                        )
                                        )
and                                     )
                                        )
Burl J Postlethwait                     )        CASE NO.
Virginia Postlethwait                   )
Client ID: 2420                         )
223 Washington Pk.                      )        JUDGE
Wellsburg, WV  26070-                   )
                                        )
                                        )
and                                     )

# 13

|  |  |  |
|---|---|---|
| John  Prager | ) | CASE NO. |
| Ruth Prager | ) |  |
| Client ID: 4917 | ) |  |
| RD # 4, Box 134 | ) | JUDGE |
| New Cumberland, WV  26047 | ) |  |
|  | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
|  |  |  |
| Frank R Pulice | ) | CASE NO. |
| Linda Pulice | ) |  |
| Client ID: 8203 | ) |  |
| RR3 Box 41 N-5 | ) | JUDGE |
| Weirton, WV  26062- | ) |  |
|  | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| John A Pulice | ) | CASE NO. |
| Mary Pulice | ) |  |
| Client ID: 6503 | ) |  |
| 176 Kathleen Way | ) | JUDGE |
| Weirton, WV  26062- | ) |  |
|  | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| Richard L Rex | ) | CASE NO. |
| Client ID: 8577 | ) |  |

# 14

PO Box 255                          )          JUDGE
Toronto, OH  43964                  )
                                    )
                                    )
and                                 )
                                    )
Charlene  Riley                     )          CASE NO.
Client ID: 6344                     )
208 Simpson Rd                      )          JUDGE
Bulger, PA  15019-                  )
                                    )
                                    )
and                                 )
                                    )
Virgil R Robinson                   )          CASE NO.
Sheila Robinson                     )
Client ID: 3297                     )
RD 1 Box 752                        )          JUDGE
Weirton, WV  26062-                 )
                                    )
Plaintiffs                          )
                                    )
vs.                                 )
                                    )


A.W. CHESTERTON, INC.               )
A Massachusetts Corporation                    )
Middlesex Industrial Park           )
Stoneham, MA  02180                 )
                                    )

# 15

PFIZER,, INC.                                )
c/o Statutory Agent                          )
C.T. Corporation System                      )
441 Vine Street, #3810                        )
Cincinnati, OH  45202                         )
                                             )
FOSTER WHEELER ENERGY                        )
    CORPORATION                              )
A Delaware Corporation                       )
c/o U. S. Company                            )
Statutory Agent                              )
50 West Broad Street, Suite 1800             )
Columbus, Ohio  43215                        )
                                             )
HERSH PACKING & RUBBER CO.                   )
c/o Stephen Ledbetter                              )
Statutory Agent                              )
312 North High Street                              )
Canal Winchester, Ohio  43110                )
                                             )
F.B. WRIGHT COMPANY OF                       )
PITTSBURGH                                   )
98 Vanadium Road                             )
Bridgeville, PA  15017                        )
                                             )
JNO. J. DISCH COMPANY                        )
c/o James E. Disch, Jr.                       )
1616 Coutant Avenue                                )
Lakewood, Ohio  44107                        )
                                             )
GENERAL ELECTRIC CORPORATION                 )

16

A Foreign Corporation )
C.T. Corporation System )
1300 East Ninth Street, Suite 1010 )
Cleveland, Ohio  44114 )
)

17

RILEY STOKER CORP.                  )
A Massachusets Corporation          )
c/o C.T. Corp. System                       )
Statutory Agent                     )
1300 East Ninth Street, Suite 1010  )
Cleveland, Ohio  44114              )
                                    )
CLARK INDUSTRIAL INSULATION CO.)
c/o Its Statutory Agent             )
Richard E. Clark                    )
1893 E. 55th Street                 )
Cleveland, Ohio  44103              )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY a/k/a/ METROPOLITAN         )
INSURANCE COMPANY                   )
One Madison Avenue                  )
New York, NY  10010-3690            )
                                    )
WESTINGHOUSE ELECTRIC               )
    CORPORATION                     )
A Pennsylvania Corporation          )
c/o C.T. Corporation System         )
1300 East Ninth Street, Suite 1010  )
Cleveland, Ohio  44114              )
                                    )
RAPID-AMERICAN CORP.                )
in its own right and as successor   )
in interest to and liable           )
for Philip Carey Corporation        )
c/o C.T. Corporation System         )

18

111 8th Avenue, 13th Floor )
New York, NY  10011 )
 )
PNEUMO ABEX CORPORATION )
successor in interest to Abex Corporation )
c/o Prentice Hall Corp. )
50 West Broad Street, Suite 1800 )
Columbus, OH  43215 )
 )

19

ADIENCE, INC.                                      )
Successor in interest to Adience               )
Company, LP, as Successor to                 )
BMI, Inc.                                               )
c/o C.T. Corporation System, S.A.        )
1300 East Ninth Street, Suite 1010        )
Cleveland, OH  44114                                      )
                                                              )
ALLIED GLOVE CORPORATION          )
P.O. Box 2126                                                )
Milwaukee, WI  53201                         )
                                                              )
A. O. SMITH CORPORATION              )
c/o Prentice-Hall Corp. System            )
50 West Broad Street, Suite 1800         )
Columbus, Ohio  43215                        )
                                                              )
ATLAS INDUSTRIES, INC.                         )
P.O. Box 450                                          )
Carnegie, PA  15106                            )
                                                              )
BEAZER EAST, INC.                            )
A Delaware Corporation                        )
c/o C.T. Corporation System                 )
1300 East Ninth Street #1010                        )
Cleveland, OH  44114                                )
                                                              )

20

BORG-WARNER CORPORATION )
A Delaware Corporation )
The Corporation Trust Co. )
Corporation Trust Center )
1209 Orange Street )
Wilmington, DE  19801 )
 )
CORHART REFRACTORIES )
Rt. 6, Box 82 )
Buckhannon,, WV  26201 )
 )
COOPER INDUSTRIES, INC. )
c/o C.T. Corporation System )
1021 Main, #1150 )
Houston, Texas  77002 )
 )
DURABLA MFG. CO. )
2572 Industry Lane )
Norristown, PA  19403 )
 )
ERICSSON, INC., Successor in interest )
to the Continental Wire & Cable Company )
and Anaconda Wire & Cable Company )
6300 Legacy Drive )
Plano,  TX  75024 )
 )
FAIRMONT SUPPLY COMPANY )
c/o C. T. Corporation System          )
1021 Main, #1150 )
Houston, Texas  77002 )
 )

# 21

GENERAL REFRACTORIES COMPANY  )
225 City Avenue, Suite 114            )
Bala Cynwyd, PA  19004               )
                                                    )
GEORGE V. HAMILTON, INC.        )
River Avenue                             )
McKees Rocks, PA  15136             )
                                                    )
THE GOODYEAR TIRE & RUBBER )
      COMPANY                          )
c/o C.T. Corporation System         )
350 N. St. Paul Street, Suite 2900    )
Dallas, Texas  75201                   )
                                                    )
GREFCO, INC.                           )
A Delaware Corporation               )
225 City Line Avenue                  )
Suite 114                                 )
Bala Cynwyd, PA  19004               )
                                                    )
GREENE TWEED & CO.               )
P.O. Box 305                             )
Kulpsville, PA  19443                              )
                                                    )
GUARD-LINE, INC.                     )
215-217 S. Louise                       )
P.O. Box 1030                                      )
Atlanta, TX  75551                     )
                                                    )
THE EDWARD R. HART COMPANY   )
P.O. Box 6207                                      )

# 22

Canton, Ohio  44706    )
              )

INSUL COMPANY, INC.   )
c/o Brad Allison, Statutory Agent )
139 North Market Street   )
East Palestine, OH  44413  )
              )

OAKFABCO, INC.    )
c/o Frederick W. Stern   )
1979 N. Mill Street, Suite 211 )
Naperville,  IL  60563      )
              )

M.V.S. COMPANY, as successor in  )
Interest to Mahoning Valley Supply Co. )
c/o David E. Williams, S.A.  )
12060 Mallards Crossing  )
Petersburg, OH  44454   )
              )

THE MAU-SHERWOOD SUPPLY )
  COMPANY     )
c/o James D. Vail, Esq.   )
1111 Superior Avenue, #1000 )
Clevealnd, OH  44114     )
              )

THE MARMON GROUP, INC. )
c/o Prentice Hall Corp.   )
33 N. LaSalle Street    )
Chicago, IL  60602-2607  )
              )

LOCKHEED MARTIN CORPORATION )

# 23

(formerly Martin Marietta Corporation)     )
6801 Rockledgee Drive                      )
Bethesda, MD  20817                                )
                                           )
MOBIL OIL CORPORATION                      )
c/o John F. Tully                          )
Room 1729 D                                )
800 Bell Street                                    )
Houston,  TX  77002                        )
                                           )
NITRO INDUSTRIAL COVERINGS, INC.           )
P.O. Box 900                               )
Washington, WV  26181                      )
                                           )

24

NORTON COMPANY                                      )
N/k/a Saint-Gobain Abrasives, Inc.                 )
c/o C.T. Corporation System                        )
350 N. St. Paul Street, Suite 2900                 )
Dallas, Texas  75201                               )
                                                   )
OGLEBAY NORTON COMPANY                             )
and its division Ferro Engineering                 )
1100 Superior Avenue, #2100                        )
Cleveland, Ohio  44114                             )
                                                   )
OHIO PIPE & SUPPLY COMPANY                         )
INCORPORATED                                       )
c/o James Irwin, Statutory Agent                   )
14615 Lorain Avenue                                )
Cleveland, OH  44111                        )      )
                                                   )
OHIO VALLEY INSULATING                             )
        COMPANY, INC                               )
c/o C.T. Corporation                               )
1300 East Ninth Street, Suite 1010                 )
Cleveland, Ohio  44114                             )
                                                   )
OKONITE INCORPORATED                               )
A Delaware Corporation                             )
Corporation Trust Company                          )
1209 Orange Street                                 )
Wilmington, DE  19801                              )
                                                   )
OSRAM SYLVANIA, INC.                               )
c/o C.T. Corporation Systems                )

# 25

1300 East Ninth Street, Suite 1010 )
Cleveland, Ohio  44114 )
 )
PITTSBURGH METALS PURIFYING CO.)
725 Saxonburg Blvd. )
Saxonburg, PA  16056-9727 )
 )
RECORD INDUSTRIAL COMPANY )
c/o Catherine M. Tierney )
Technical Claims Assistant )
Clair O'Dell Group )
3025 Chemical Road, Suite 200 )
Plymouth Meeting,  PA  10462-1737 )
 )

ROBERTSON-CECO CORP. )
fka H.H. Robertson Company )
c/o C.T. Corporation System )
120 S. Central Avenue )
Clayton,  MO  63105 )
 )
ROCKBESTOS-SUPRENANT CABLE )
CORP. )
fka Rockbestos Company )
A Delaware Corporation )
c/o U.S. Corporation Company )
50 West Broad Street, Suite 1800 )
Columbus, Ohio  43215 )
 )
ROCKWELL INTERNATIONAL CORP. )
c/o C.T. Corporation System )

26

350 N. St. Paul Street, Suite 2900            )
Dallas, Texas  75201                          )
                                              )
TRECO CONSTRUCTION SERVICES,                  )
INC., fka The Rust Engineering Co.            )
720 East Butterfield Road, 2nd Floor          )
Lombard,  IL   60148-5689                     )
                                              )
SAFETY FIRST INDUSTRIES, INC.                 )
42nd Floor                                    )
600 Grant Street                              )
Pittsburgh, PA  15219                              )
                                              )
THE SAGER CORPORATION                         )
c/o Richard C. Polley                         )
Dickie, McCamey & Chilcote                         )
Two PPG Place, Suite 400                      )
Pittsburgh, PA  15222-5402                    )
                                              )
SEPCO CORPORATION                             )
A California Corporation                      )
7301 Orangewood Avenue                        )
Garden Grove, CA  92841-1411                  )
                                              )

27

TASCO INSULATIONS, INC.                    )
fka The Asbestos Service Company           )
c/o Daniel Michelac, Esq.                  )
Gallagher Sharp Fulton & Norman            )
Seventh Floor, Bulkley Building            )
1501 Euclid Avenue                         )
Cleveland, Ohio  44114                     )
                                           )
THEIM CORPORATION                          )
500 S. Marquette Avenue                    )
P.O. Box 6                                 )
Oak Creek, WI  53154                       )
                                           )
UNION BOILER COMPANY                       )
P.O. Box 429                               )
Nitro, WV  25143-0429                      )
                                           )
UNIROYAL, INC.                             )
A New Jersey Corporation                   )
c/o Prentice Hall Corporation System            )
50 West Broad Street, Suite 1800           )
Columbus, Ohio  43215                      )
                                           )
UNIROYAL FIBER & TEXTILE                   )
     DIVISION                                   )
OF UNIROYAL, INC.                          )
70 Great Hill Road                         )
Naugatuck, CT 06770                             )
                                           )
UNIVERSAL REFRACTORIES                     )
P.O. Box 97                                )

28

Wampum, PA  16157                              )
                                               )
WHEELER PROTECTIVE APPAREL                     )
        CORP.                                  )
c/o Robert Wilkinson                           )
P.O. Box 1618                                        )
Pascagoula, MS  39568                          )
                                               )
ZURN INDUSTRIES, INC.                          )
aka Erie City Boilers                          )
c/o C.T. Corporation Systems Corp.             )
1300 East Ninth Street, Suite 1010             )
Cleveland, Ohio  44114                         )
                                               )

FLEXO PRODUCTS, INC.                           )
An Ohio Corporation                            )
c/o John D. Hill, Jr.                          )
P.O. Box 450765                                )
Westlake, Ohio  44145                          )
                                               )
AMERICAN OPTICAL CORPORATION                   )
c/o C. T. Corporation System, S.A.             )
101 Federal Street, #300                       )
Boston, MA  02110                              )
                                               )
AMCHEM PRODUCTS, INC.                          )
C/o C.T. Corporation System, S.A.              )
1300 East Ninth Street, #1010                  )
Cleveland,  Ohio  44114                        )
                                               )

# 29

C.E. THURSTON AND SONS, INC.    )
C/o William W. Nexsen, Esq.    )
Stackhouse, Smith & Nexsen    )
1600 First Virginia Tower    )
555 East Main Street    )
Norfolk,  VA  23510    )
    )
CERTAINTEED CORPORATION    )
C/o C.T. Corporation System, S.A.    )
1300 East Ninth Street, #1010    )
Cleveland, Ohio 44114    )
    )
UNION CARBIDE CORPORATION    )
C/o C.T. Corporation System, S.A.    )
1300 East Ninth Street, #1010    )
Cleveland,  Ohio  44114    )
    )
DANA CORPORATION    )
P.O. Box 1000    )
Toledo,  Ohio  43697    )
    )
QUIGLEY COMPANY, INC.    )
235 East 42nd Street    )
New York,  NY  10017    )
    )
I.U. NORTH AMERICA, INC.    )
Address Unknown    )
    )

C.P. HALL COMPANY    )

30

C/o C.T. Corporation System, S.A.                    )
1300 East Ninth Street, #1010                        )
Cleveland, Ohio  44114                               )
                                                     )
RED SEAL ELECTRIC                                    )
3835 W. 150th Street                                 )
Cleveland, Ohio  44111                               )
                                                     )
ILLINOIS TOOL WORKS, INC. a.k.a.                     )
DEVCON CORPORATION                                   )
30 Endicott Street                                   )
Danvers,  MA  01923                                  )
                                                     )
SEALED AIR CORPORATION                               )
Fka W.R. Grace Company                               )
Park 80 East                                         )
Saddle Brook,  NJ  07663                             )
                                                     )
MAREMONT CORPORATION                                 )
A Delaware Corporation                               )
C/o C.T. Corporation System                          )
1300 East Ninth Street #1010                         )
Cleveland, OH  44114                                 )
                                                     )
COMBUSTION ENGINEERING, INC.                         )
A Delaware Corporation                               )
C/o Willman & Arnold, LLP                            )
705 McKnight Park Drive                              )
Pittsburgh,  PA  15237                               )
                                                     )

# 31

JOHN DOES 1-100                              )
Manufacturers, Sellers or                    )
Installers of Asbestos-Containing            )
Products                                     )
                                             )
            Defendants                       )

## COUNT ONE

1.      Plaintiffs worked at sites in and around Ohio as previously stated in the caption.

2.      Defendants, excluding Metropolitan Life, all times relevant and pertinent hereto, were engaged in the business of mining, milling, manufacturing, fabricating, designing, formulating, producing, creating, making, constructing, assembling and/or rebuilding asbestos-containing products or components thereof; and/or selling, distributing, preparing, blending, packaging, labeling and/or otherwise participated in placing asbestos-containing products in the stream of commerce to which plaintiffs were exposed during their employment.

3.      The real names and addresses of defendants John Does 1-100 manufacturers, sellers or installers of asbestos-containing products have not been determined, despite reasonable efforts of the plaintiffs to do so.

4.      Defendants, acting through their servants, employees, agents and representatives,

32

caused asbestos and asbestos-containing materials to be placed in the stream of interstate commerce.

5.     During the course of plaintiffs' employment, they had been exposed to the defendant's asbestos and asbestos-containing materials, by virtue of installation and tear-out work, which exposure directly and proximately caused them to develop asbestos-related disease and to suffer other injury, including a greatly increased risk of developing mesothelioma, bronchogenic carcinoma, or other cancerous condition.  Further, this increased cancer risk have caused plaintiffs to endure great mental anguish and will continue to cause such anguish in the future.

6.     The illness and disability of the plaintiffs are the direct and proximate result of the negligence of the defendants in that they produced, sold or otherwise put into the stream of interstate commerce, asbestos and asbestos-containing materials, which the defendants knew or in the exercise of ordinary care, ought to have known were deleterious poisonous, and highly harmful to plaintiffs' health.

# 33

7.      The illness and disability of the plaintiffs  are the direct and proximate result of the negligence of the defendants in that even though the defendants knew or in the exercise of ordinary care, ought to have known that their asbestos and asbestos-containing materials were deleterious, poisonous and highly harmful to plaintiffs' health, and that he would not know of such dangers to his health, the defendants nonetheless:

(a)      Failed to advise plaintiffs of the dangerous characteristics of their asbestos and asbestos-containing products;

(b)      Failed or omitted to provide plaintiffs with the knowledge as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances, if in truth there were any to protect him from being poisoned and disabled as he was, by exposure to such deleterious and harmful asbestos and asbestos-containing materials;

34

(c)     Failed and omitted to place any warnings on their containers
of said asbestos and asbestos-containing materials to warn the
handlers thereof of the dangers to health in coming into contact
with said asbestos and asbestos-containing materials;

(d)     Failed and omitted to take reasonable precautions or
exercise reasonable care to publish, adopt and enforce a safety plan
and a safe method of handling and installing said asbestos and
asbestos-containing materials.

8.     The defendants impliedly warranted that said asbestos and asbestos-containing
materials were of good and merchantable quality and fit for the intended use.

9.     Plaintiffs  were working in close proximity to the asbestos and asbestos-containing
materials of the defendants, and his presence was known, or ought to have reasonably been
anticipated by the defendants.

# 35

10.     The implied warranty made by the defendants that their asbestos and asbestos-containing materials were of good and merchantable quality and fit for their particular intended use was breached in that certain harmful, poisonous and deleterious matter was given off into the atmosphere where plaintiffs carried out their duties working in and around asbestos and asbestos-containing materials.

11.     As a direct and proximate result of the breach of the implied warranty of good and merchantable quality and fitness for the particular intended use, plaintiffs developed asbestos-related diseases.

12.     The defendants manufactured and sold products which were defective at the time they left the control of the defendants, and which proximately caused the illness of plaintiffs, whom defendants knew or should have known would be exposed to their products.

13.     Defendants violated the requirements of '402(A) of the <u>Restatement of Torts</u>, 2d, as adopted by the Supreme Court of the State of Ohio, all of which proximately resulted in the

36

illness of the plaintiffs.

14.     As a direct and proximate result of the acts and omissions complained of above, plaintiffs have experienced great pain and suffering of mind and body, and will endure future pain and suffering of mind and body.

15.     As a direct and proximate result of the acts and omissions complained of above, plaintiffs have incurred expenses for medical, hospital, and surgical care in an amount not yet determined, and will incur future such expenses.

16.     As a direct and proximate result of the acts and omissions complained of above, plaintiffs  have lost wages in an amount not yet determined.

37

<u>COUNT TWO</u>

17.     Plaintiffs herein reallege paragraphs 1 through 16 above as though fully rewritten herein.

18.     Defendants, individually and as a group since 1929 have been possessed of medical and scientific data which clearly indicates that their asbestos fibers and asbestos-containing products are hazardous to health; and prompted by pecuniary motives, the defendants, individually and collectively, ignored and intentionally failed to act upon said medical and scientific data and conspired to deprive the public, and particularly the users, including plaintiffs, of said medical and scientific data, and therefore deprived plaintiffs of the opportunity of free choice as to whether or not to expose himself to the asbestos and asbestos-containing products of said defendants; and further, willfully, intentionally and wantonly failed to warn plaintiffs of the serious bodily harm which would result from the inhalation of the asbestos fibers and the dust from their asbestos products.

38

19.     The award for this Count should be in such an amount as would act as a deterrent to defendants and others from the future commission of like offenses and wrongs.

<u>COUNT</u> <u>THREE</u>

20.     Plaintiffs herein reallege paragraphs 1 through 19 above as though fully rewritten herein.

21.     Defendants, collectively and individually, manufactured, designed, selected, assembled, inspected, tested, maintained for sale, marketed, distributed, sold, supplied, delivered, and promoted asbestos-containing products which were generically similar and fungible in nature; and placed such material into the stream of interstate commerce.

22.     Plaintiffs, through no fault of their own, may not be able to identify all of the asbestos-containing products or their manufacturers, marketers, sellers, distributors, or promoters due to the generic similarity and fungible nature of such products as produced and promoted by

39

these defendants.

23.    As a direct and proximate result of the defendants' activities, plaintiff s were exposed to asbestos-containing material and sustained the injuries and damages described above.

24.    Defendants are jointly and severally liable to the plaintiffs for the injuries and damages sustained by plaintiffs, described above, by virtue of industry-wide liability, or enterprise liability.

25.    (a)    Alternatively, defendants represent a substantial share of the asbestos-containing product market where plaintiffs worked and were exposed to asbestos.

(b)    Defendants manufactured, designed, selected, assembled, marketed, distributed, sold, supplied, delivered, and promoted asbestos-containing products of the kind and nature to which plaintiffs were exposed during the period of his employment.

# 40

26.     Defendants are severally liable to the plaintiffs based upon their pro-rata market share within the market described herein.

<u>COUNT</u> <u>FOUR</u>

27.      Plaintiffs herein reallege paragraphs 1 through 26 above as though fully rewritten herein.

28.      Plaintiffs have suffered a loss of consortium and have been deprived of the society, companionship, and assistance of their husbands.


<u>COUNT</u> <u>FIVE</u>

29.     Plaintiffs herein reallege paragraphs 1 through 34 above as though fully rewritten herein.

30.     In or about the year 1930, and at various times prior and subsequent thereto, up to and including the present time, defendant Metropolitan Life Insurance Company undertook and assumed a duty to provide the asbestos industry, the scientific community and company users of asbestos with information, inspections, instructions, supervision, recommendations, assistance, notices, reports, methods, findings, cautions, warnings, advice, designs, equipment, safeguards,



guidance and services to properly, adequately and reasonably provide safe working conditions, all allegedly to preserve and protect the life, health and safety of employees exposed to asbestos, including plaintiffs and their co-workers, and particularly to protect them from the dangerous and defective properties of asbestos, asbestos products and compounds and/or other dangerous substances at or about the workplace.

31.    Plaintiffs aver that various employers and their employees, including plaintiffs and scientists and others similarly situated, were dependent upon the undertakings of the Defendant Metropolitan to preserve and protect the life, health and safety of employees at all times from the commencement of the said relationship between the asbestos industry and Defendant Metropolitan.

32.    Defendant Metropolitan, by its active and passive negligence, failed to exercise by reason of its aforesaid undertakings and assumption of duty, thereby causing, creating or permitting dangerous conditions and exposure to dangerous and defective substances; and thereby failing to properly safeguard plaintiffs and all others similarly situated.

33.    As a result of the aforesaid negligence of the defendant Metropolitan, plaintiffs were injured.



WHEREFORE, plaintiff demands judgment against the defendants jointly and severally in excess of Twenty-Five Thousand Dollars ($25,000.00) and an amount for punitive damages, costs and attorney's fees and expenses in this action.

A trial by jury is hereby demanded to determine all issues.


KELLEY & FERRARO, LLP


By: _____

MICHAEL V. KELLEY (0002679)

JOHN A. SIVINSKI (0036712)
ANTHONY GALLUCCI (0066665)
1300 East Ninth Street
1901 Penton Media Building
Cleveland, Ohio 44114
(216) 575-0777

Counsel for Plaintiffs



44